IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FLOYD C. CASEY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-00119-WS-N |
| WALTER MYERS, et al, | : | |
| Defendant. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 8th day of July, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE